1538

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND EMRICK | Criminal No. 2:25-cr-88<br>(18 U.S.C. § 1708)<br>[UNDER SEAL] |

## INDICTMENT

## COUNT ONE

The grand jury charges:

On or about October 16, 2024, in the Western District of Pennsylvania, the defendant, RAYMOND EMRICK, did steal and take from and out of an authorized depository for mail matter located at a United States Postal Service Office, at 110 W Barr Street, McDonald, Pennsylvania, 15057, and from a mail route, mail matter containing a gift card, addressed to 1702 Mill Street, Oakdale, Pennsylvania, 15071.

In violation of Title 18, United States Code, Section 1708.

FILED

MAR 25 2025

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

## COUNT TWO

The grand jury further charges:

On or about October 30, 2024, in the Western District of Pennsylvania, the defendant, RAYMOND EMRICK, did steal and take from and out of an authorized depository for mail matter located at a United States Postal Service Office, at 110 W Barr Street, McDonald, Pennsylvania, 15057, and from a mail route, mail matter containing a gift card, addressed to 713 Willow Crest Drive, Gibsonia, Pennsylvania, 15044.

In violation of Title 18, United States Code, Section 1708.

A True Bill,

FOREPERSON

TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

NICOLE A. STOCKEY
Assistant United States Attorney
PA ID No. 306955

2